**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAGEO NORTH AMERICA INC., | No. C 09-01697SI |
| Plaintiff, | **NOTICE** |
| v. | |
| CON-WAY TRUCKLOAD, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motions for summary judgment have been continued to Friday, October 23, 2009, at 9:00 a.m.

Dated: September 22, 2009                            RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk