UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HEMPHILL, | No. C 09-0770 SBA (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

In accordance with the Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 9/16/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY HEMPHILL,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV09-00770 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Hemphill C-63328
Salinas Valley State Prison
P.O. Box 689
Soledad, CA 93960

Dated: September 20, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2